IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| DENISE PAJOTTE<br>c/o Jessie Lyons Crawford<br>Law Offices of Jessie Lyons Crawford, LLC<br>2601 Maryland Avenue<br>Baltimore, MD 21218<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON METROPOLITAN AREA<br>TRANSIT AUTHORITY<br>c/o M. Richard Coel<br>Office of General Counsel<br>600 Fifth Street, NW<br>Washington, DC 20001<br><br>LYNETTE PAJOTTE<br>c/o Samantha Granderson<br>Bacon, Thornton & Palmer, LLP<br>6411 Ivy Lane, Suite 500<br>Greenbelt, MD 20770<br><br>AND<br><br>METROPOLITAN LIFE INSURANCE CO.<br>c/o Gail Westover<br>Brendan Ballard<br>Eversheds Sutherland<br>700 Sixth Street, NW, Suite 700<br>Washington, DC 20001<br><br>    Defendants. | CASE NO.: _____ |

**NOTICE OF REMOVAL BY DEFENDANT**
**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

To the Judges of the United States District Court for the District of Maryland:

1. On or about October 19, 2017, Plaintiff filed her Third Amended Complaint in the Circuit Court for Prince George's County, Maryland, in the case titled *Pajotte v. Pajotte, et al.*,

Case No. CAL16-40434. In this Third Amended Complaint, Plaintiff joined Defendant Washington Metropolitan Area Transit Authority ("WMATA") for the first time, alleging one count of a purported violation of the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq.* ("ERISA"). The Summons and Third Amended Complaint are attached hereto and adopted herein as *Exhibit 1*.

2. The first time WMATA was served with any papers related to *Pajotte v. Pajotte, et al.*, Case No. CAL16-40434, was when it was served with the Summons and Third Amended Complaint on November 17, 2017. *See* Plaintiff's Affidavit of Service attached hereto and adopted herein as *Exhibit 2*.

3. A complete certified copy of the record of *Pajotte v. Pajotte, et al.*, Case No. CAL16-40434 received from the Civil Clerk of the Circuit Court for Prince George's County, Maryland is attached hereto and adopted herein as *Exhibit 3*.

4. This is a civil action over which this Court has original jurisdiction, pursuant to the interstate compact among the District of Columbia, Maryland, and Virginia, which was approved by Congress. *See* MD. CODE ANN., Transp., §10-204(81) (specifically granting original jurisdiction over suits against WMATA to the United States District Court); 28 U.S.C. § 1331.

5. All Defendants consent to and join the removal of this action to the United States District Court for the District of Maryland, Greenbelt Division. Defendants' written consent to removal is attached hereto and adopted herein as *Exhibit 4*.

WHEREFORE, Defendant WMATA requests that the entire above-referenced action now pending in the Circuit Court for Prince George's County, Maryland be removed to this Court.

Dated: December 14, 2017

Respectfully submitted,

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

_____
M. Richard Coel (Bar No. 18217)
Office of General Counsel
Washington Metropolitan Area Transit Authority
600 Fifth Street, NW
Washington, DC 20001
T: (202) 962-6096
F: (202) 962-2550
E: RCoel@wmata.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was sent via first class mail, postage pre-paid, and electronic mail, this 14th day of December, 2017 to:

Jessie Lyons Crawford
Law Offices of Jessie Lyons Crawford, LLC
2601 Maryland Avenue
Baltimore, MD 21218
attorneyjlcrawford@verizon.net
_Counsel for Plaintiff_

Samantha Granderson
Bacon, Thornton & Palmer, LLP
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770
sgranderson@lawbtp.com
_Counsel for Lynette Pajotte_

Gail Westover
Brendan Ballard
Eversheds Sutherland
700 Sixth Street, NW, Suite 700
Washington, DC 20001
gailwestover@eversheds-sutherland.com
brendanballard@eversheds-sutherland.com
_Counsel for Metropolitan Life Insurance Company_

_____
M. Richard Coel