IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

DENISE PAJOTTE

    Plaintiff

v.

                          CASE NO.: CAL16-40434

THE ESTATE OF TYSON PAJOTTE, et al

    Defendants

*FILED MAY 09 2017 CLERK OF THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MD.*

## MOTION TO STRIKE JURY DEMAND OF DEFENDANTS ESTATE OF TYSON PAJOTTE AND LYNETTE PAJOTTE

Defendants' by and through their attorneys, Samantha Granderson and Bacon, Thornton & Palmer, L.L.P., pursuant to Md Rule 2-325, moves this Court to strike the jury demand of Plaintiff Denise Pajotte and in support thereof states the following:

1. Plaintiff's claims are equitable in nature for which there is no right to trial by jury.

2. Plaintiff has waived any right to trial by jury by failure to timely file a demand.

**WHEREFORE**, the Defendants respectfully requests that this Court grant its foregoing Motion to Strike Jury Demand of Plaintiff Denise Pajotte

BACON, THORNTON & PALMER, L.L.P.

By: _____
Samantha Granderson, Esquire
Capitol Office Park
6411 Ivy Lane, Suite 500
Greenbelt, Maryland 20770
Attorney for Defendants

1

## STATEMENT OF POINTS AND AUTHORITIES

1. Maryland Rule of Procedure 2-325 (a)

2. *See* attached Memorandum in Support of Motion to Strike Jury Demand.

By: *[signature]*
Samantha Granderson

## REQUEST FOR ORAL HEARING

The Defendant requests an oral hearing on its foregoing Motion to Strike Jury Demand of Plaintiff, Denise Pajotte.

By: *[signature]*
Samantha Granderson

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the \_\_9th\_\_ day of **May, 2017**, a copy of the foregoing Motion to Strike Jury Demand of Plaintiff Denise Pajotte, was filed with the Court and served via first class mail to:

Jessie Lyons Crawford, Esquire
The Law Office of Jessie Lyons Crawford, LLC
2601 Maryland Avenue
Baltimore, Maryland 21218

By: _____
Samantha Granderson