S
C
A
N
N
E
D

DENISE PAJOTTE          *    IN THE

      Plaintiff           *    CIRCUIT COURT

                        *    FOR

vs.                      *    PRINCE GEORGE'S COUNTY

LYNETTE PAJOTTE, et al      *  

                        *    Case No. <u>CAL16-40434</u>

      Defendant         *

## PLAINTIFF'S MOTION TO DISQUALIFY
## DEFENDANT LYNETTE PAJOTTE'S COUNSEL

**NOW COMES** Plaintiff, Denise Pajotte, by and through her attorney Jessie Lyons Crawford, Esquire and the Law Office of Jessie Lyons Crawford, LLC, moves this Honorable Court to disqualify Samantha Granderson and the Law firm of Bacon, Thornton and Palmer, LLP as counsel for the Defendant Lynette Pajotte. In support thereof and pursuant to the Maryland Attorney Rules of Professional Conduct 19-301.7, 301.8 and 303.7 the, Plaintiff states as follows:

1. This cases arises from a dispute involving proceeds from two insurance policies with Plaintiff, Denise Pajotte and Defendant, Lynette Pajotte, on behalf of the Estate of Tyson Pajotte, each claiming rights to the proceeds of said policies.

2. Plaintiff filed a *Complaint for Declaratory Judgment* on November 9, 2016. (Docket Entry #1)

3. Defendant, through counsel, answered on December 22, 2016 by filing *Answer of Defendant Estate of Tyson Pajotte to Complaint for Declaratory Judgment*. (Docket Entry #8 )

4. In the course of discovery, Plaintiff's counsel propounded Interrogatories to Defendant Lynette Pajotte and issued Subpoenas requesting documents from the insurance companies for each policy. (See Exhibit A-Plaintiff's Subpoena to METLife and Exhibit B-Plaintiff's Subpoena to VOYA/Reliastar)

5. In Defendant Lynette Pajotte's Answers to Interrogatories and Response to Request for Production of Documents, she produced documents (insurance forms requesting to change the beneficiary) which allege to be signed by the Decedent Tyson Pajotte. (Exhibit C).

6. Upon closer review of the Defendant's submissions, counsel for Plaintiff has noticed that each of the referenced documents purporting to evidence Decedent Tyson Pajotte's intent to make a change of beneficiary were all witnessed and notarized by Samantha Granderson, Defendant Lynette Pajotte's counsel.

7. Neither insurance company has produced any such documents purporting to request a change of beneficiary by Decedent, Tyson Pajotte, in their response to the Plaintiff's Subpoenas requesting documents. (Exhibit D- METLife's Response to Subpoena and Exhibit E- VOYA/Reliastar's Response to Subpoena).

8. In that there is no independent corroboration or even knowledge of the existence of documents purporting to indicate that the Decedent Tyson Pajotte intended to change the beneficiary on his life insurance policies, the only documentary evidence supporting Defendant Lynette Pajotte's contentions in this matter are those that are notarized by her attorney of record in this matter.

9. Plaintiff submits that Samantha Granderson is therefore a necessary witness in this matter and pursuant to Md. Rule 19-303.7, she is prohibited from representing any party in this action.

10. Granderson's prohibition from representing any party in this action is a conflict of interest pursuant to Md. Rules 19-301.7 and 301.8.

Wherefore Plaintiff requests that:

a)  This court enter an Order disqualifying Samantha Granderson and the law firm of Bacon, Thornton and Palmer, LLP as counsel for the Defendant Lynette Pajotte;

b)  This Court enter an Order striking the appearance of Samantha Granderson and the law firm of Bacon, Thornton and Palmer, LLP as counsel for the Defendant Lynette Pajotte;

c)  This Court instruct the Defendant Lynette Pajotte to seek new counsel to represent her in this matter;

d)  Such other and further relief as this court deems appropriate.

Jessie Lyons Crawford, Esquire
Law Office of Jessie Lyons Crawford, LLC
2601 Maryland Avenue
Baltimore, Maryland 21218
(410) 662-1230 – Office
(410) 662-1238 – Facsimile
attorneyjlcrawford@verizon.net
**Attorney for the Plaintiff**

SCANNED

| | | |
|---|---|---|
| DENISE PAJOTTE | * | IN THE |
| Plaintiff | * | CIRCUIT COURT |
| | * | FOR |
| vs. | * | PRINCE GEORGE'S COUNTY |
| LYNETTE PAJOTTE, et al | * | |
| | * | Case No. <u>CAL16-40434</u> |
| Defendant | * | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of August, 2017 I mailed a copy of the foregoing Motion to Disqualify Counsel for Defendant Lynette Pajotte via first class mail, postage pre-paid to the following:

Samantha Granderson, Esquire
Bacon, Thornton, & Palmer, LLP
6411 Ivy Lane
Suite 500
Greenbelt, Maryland 20770
**Attorney for the Defendant**

AND

James E. Carbine, Esquire
Suite 356
711 W. 40th Street
Baltimore, Maryland 21211
**Attorney for Voya Insurance**
ALSO: E-MAILED TO JCARBINE@TRIALAW.COM

AND

MetLife Legal Department
P.O. Box 6100
Scranton, Pa 18505
**Also Faxed: 570-558-8645**

Jessie Lyons Crawford, Esquire
**Attorney for the Plaintiff**