IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

DENISE PAJOTTE, et. al.

    **Plaintiffs**

Vs.                                                Case No.: CAL16-40434
                                                 Consolidated w: CAL16-43838

LYNETTE PAJOTTE, et. al.

    **Defendants**

## MEMORANDUM AND ORDER OF COURT

The court has considered the Plaintiff's Motion to Disqualify Defendant Lynnette Pajotte's Counsel filed on August 8, 2017 and the opposition to this motion filed on September 8, 2017. The court is persuaded by the reasons given by the defense relative to this motion and will deny this request. Further, in plaintiff's motion there is no allegation or question that the signatures are authenticate or valid.

**THEREFORE**, it is this 11th day of September, 2017 by the Circuit Court for Prince George's County, Maryland

**ORDERED**, that Plaintiff's Motion to Disqualify Defendant Lynnette Pajotte's Counsel is **DENIED**.

_____
Leo E. Green, Jr.
Civil Coordinating Judge

Copies sent to:

Jessie Lyons Crawford, Esq.
attorneyjlcrawford@verizon.net

Samantha Grandereon, Esq.
sgranderson@lawbtp.com

Lori Hester, Admin Aide to the
Honorable Leo E. Green, Jr.

ENTERED 9-15-17