| | | |
|---|---|---|
| DENISE PAJOTTE | * | IN THE |
| Plaintiff | * | CIRCUIT COURT |
| | * | FOR |
| vs. | * | PRINCE GEORGE'S COUNTY |
| LYNETTE PAJOTTE, Et Al. | * | Case No.: CAL16-40434 |
| | * | |
| Defendants | * | |

*********************

## MOTION FOR LEAVE TO FILE MOTION FOR EXTENSION OF TIME TO RESPOND TO THE DEFENDANT'S MOTION TO DISMISS

The Plaintiff, by and through her attorney, moves this Honorable Court for Leave to File a Motion for Extension of Time to Respond to the Defendant's Motion to Dismiss and for reason's state:

1. Defendant Metropolitan filed its Motion to Dismiss on September 27, 2017, to which the Response was due on October 16, 2017.
2. The undersigned attorney was involved in numerous trials since the filing of the Defendant's Motion and was unable to present a Response or to file this Motion for Extension of Time. See Casesearch.
3. Additionally, the undersigned was involved with a family emergency in the midst of managing her trial schedule and the demands of the solo office.
4. The undersigned was in an intense trial for two days on October 12, 13 and another one on October16, 2017.
5. Although the undersigned made efforts to complete the Motion for Extension of Time, she was unable to file it timely due to the reasons stated herein.
6. The undersigned's office is located in Baltimore City, Maryland and she is a solo practitioner in the midst of securing staff due to staff changes.
7. Additionally, simultaneous to this Motion, the undersigned filed a Second Amended Complaint and a Motion for Leave to Add a Party.

Wherefore, the Plaintiff, Moves this Honorable Court to Grant her leave to file the Response to file a Response to the Defendant's Motion to Dismiss.

October 18, 2017               Respectfully Submitted,

Jessie Lyons Crawford, Esquire

Law Office of Jessie Lyons Crawford, LLC
2601 Maryland Avenue

Baltimore, Maryland 21218
(410) 662-1230 – Office
(410) 662-1238 – Facsimile
attorneyjlcrawford@verizon.net
Attorney for the Plaintiff

| | | |
|---|---|---|
| DENISE PAJOTTE | * | IN THE |
| Plaintiff | * | CIRCUIT COURT |
| | * | FOR |
| vs. | * | PRINCE GEORGE'S COUNTY |
| LYNETTE PAJOTTE, Et Al. | * | Case No.: <u>CAL16-40434</u> |
| | * | |
| Defendants | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I mailed a first class postage prepaid copy of the foregoing Motion for Leave to file a Response to the Motion to Dismiss to the following counsel on this 19th day of October, 2017:

Samantha Granderson, Esquire
Bacon, Thornton, & Palmer, LLP
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770
Attorney for the Defendants
Lynette Pajotte and Estate of
Tyson Pajotte

Jim Carbine, Esquire
James E. Carbine, P.C.
711 W. 40th Street
The Rotunda, Suite 356
Baltimore, Maryland 21211
Attorney for Reliastar Insurance

Gail L. Westover
Curtis Arnold, Jr.
Eversheds Sutherland
700 Sixth Street, NW, Suite 700
Washington, DC 20001

_____
Jessie Lyons Crawford, Esquire
Attorney for the Plaintiff