| | |
|---|---|
| **DENISE PAJOTTE**<br>12303 Stafford Lane<br>Bowie, Maryland 20715 | IN THE<br><br>CIRCUIT COURT |
| PLAINTIFF | FOR |
| v. | PRINCE GEORGE'S COUNTY |
| **LYNETTE PAJOTTE**<br>The Administratrix of<br>the Estate of Tyson C. Pajotte,<br>Deceased<br>9307 Good Luck Road<br>Latham, Maryland 20706 | Case No.: CAL16-40434<br><br>Consolidated with: CAL16-43838 |
| **LYNETTE PAJOTTE**<br>*Individually*<br>9307 Good Luck Road<br>Latham, Maryland 20706 | |
| **METROPOLITAN LIFE<br>INSURANCE<br>COMPANY**<br>**SERVE ON:** Resident Agent<br>The Corporation Trust Incorporated<br>351 West Camden Street<br>Baltimore, MD 21201 | |
| And | |
| **WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY**<br>Serve: Patricia Lee, Esq., Resident<br>agent<br>600 5th Street, N.W.<br>Washington, D.C. 20001 | |
| DEFENDANTS<br>And | |
| **RELIASTAR LIFE INSURANCE** | |

15

| | |
|---|---|
| **DENISE PAJOTTE,** | IN THE |
| Plaintiff, | CIRCUIT COURT |
| vs. | FOR |
| **LYNETTE PAJOTTE,** | PRINCE GEORGE'S COUNTY |
| Defendants, | CIVIL NO.: CAL16-40434 |

## MOTION FOR LEAVE TO MODIFY SCHEDULING ORDER FOR GOOD CAUSE
## HEARING REQUESTED

NOW COMES, Denise Pajotte ("Plaintiff"), by her undersigned counsel and moves this Court for Modification of the Scheduling Order and for reasons state:

1. On August 3, 2017, Plaintiff filed a Second Amended Complaint ("SAC"), joining Metropolitan Life Insurance Company ("MetLife").

2. MetLife has filed a Motion to Dismiss.

3. Plaintiff has not had an opportunity to conduct discovery with MetLife and would be severely prejudiced having to go through a trial without necessary discovery.

4. Undersigned counsel has been diligent in pursuing this case.

5. This Plaintiff's first motion to modify the scheduling order.

6. Affording parties' full discovery promotes the fair resolution of disputes by the judiciary. This court has vigorously sought to ensure that lawsuits are decided by what facts are [r]evealed, not by what facts are [c]oncealed. Discovery is the linchpin of the search for truth, as it makes a trial less of a game of blind man's bluff and more a fair contest with the issues and facts disclosed to the fullest practicable extent. See *State v. Lowey*, 802 S. W.2d 669, 671 (Tex. 1991) (emphasis added).

7. It is certainly within the ambit of the Court's discretion to modify the Scheduling Order in the interest of justice, as the Court deem equitable and proper. See *Maddox v. Stone*, 174 Md. App. 489, 498 (2007) (quoting *Naughton v. Bankier*, 114 Md. App. 641, 653 (1997)( finding that the Court's scheduling orders are not to be construed as "'unyieldingly rigid.'").

8. The Defendants would not be prejudiced by the granting of this Motion. The only prejudiced party would be the Plaintiff if the Court denies the relief sought.

9. Judicial economy will be furthered.

WHEREFORE, Plaintiff respectfully request that the Court modify the Scheduling Order as proposed and for such other and further relief as may be just and proper.

Respectfully Submitted,

THE LAW OFFICES OF JESSIE LYONS CRAWFORD, LLC

_____
JESSIE LYONS CRAWFORD, Esq.
COUNSEL TO PLAINTIFF

2601 Maryland Avenue
Baltimore, Maryland 21218
410-662-1230
F: 410-662-1238
E. attorneyjlcrawford@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that to the best of my knowledge, information, and belief that on this 19TH day of October, 2017, a copy of the forgoing MOTION FOR LEAVE TO FILE SCHEDULING ORDER was mailed via U.S. First Class mail, postage, prepaid, to the following:

Samantha Granderson, Esquire
Bacon, Thornton, & Palmer, LLP
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770
Attorney for the Defendants
Lynette Pajotte and Estate of
Tyson Pajotte

Jim Carbine, Esquire
James E. Carbine, P.C.
711 W. 40th Street
The Rotunda, Suite 356
Baltimore, Maryland 21211
Attorney for Reliastar Insurance

Gail L. Westover
Curtis Arnold, Jr.
Eversheds Sutherland
700 Sixth Street, NW, Suite 700
Washington, DC 20001

_____
Jessie Lyons Crawford, Esq.
Attorney for the Plaintiff