CAL16-40434

## IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

DENISE PAJOTTE }
}
Plaintiff }
}
v. }  Case No. CAL16-40434
}
LYNETTE PAJOTTE, ET AL }
}
Defendants }

FILED
NOV 15 2017
CLERK OF THE CIRCUIT COURT
FOR PRINCE GEORGES COUNTY, MD.

### DEFENDANTS MOTION FOR SUMMARY JUDGMENT

The Defendants, Lynette Pajotte, individually and as personal representative of the Estate of Tyson Pajotte, by and through her counsel, Samantha Granderson and Bacon, Thornton & Palmer, LLP, pursuant to Maryland Rule of Procedure 2-501, moves for Summary Judgment and as grounds, states:

1. There is no genuine dispute as to any material fact; and

2. Defendants are entitled to judgment as a matter of law.

**WHEREFORE**, for reasons more fully set forth in the accompanying Memorandum of Law, Defendants respectfully request that judgment be entered against the Plaintiff on all counts of her complaint, that costs be awarded to the Defendants, and for such other and further relief as the nature of the cause may require.

Respectfully Submitted,
BACON, THORNTON & PALMER, LLP

Samantha Granderson, Esquire
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770
(301) 345-7001 – Office
(301) 345-7075 - Facsimile
*Attorney for Defendants*

## STATEMENT OF POINTS AND AUTHORITIES

1. Rule 56, Federal Rules of Civil Procedure.

2. See attached Memorandum in support.

By: _____
Samantha Granderson, Esquire

## REQUEST FOR ORAL HEARING

Defendants request an oral hearing on its foregoing Motion for Summary Judgment.

_____
Samantha Granderson, Esquire