| | |
|---|---|
| DENISE PAJOTTE,<br><br>  Plaintiff,<br><br>vs.<br><br>LYNETTE PAJOTTE,<br><br>  Defendants, | IN THE<br><br>CIRCUIT COURT<br><br>FOR<br><br>PRINCE GEORGE'S COUNTY<br><br>CIVIL NO.: CAL16-40434 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR EXTENSION OF TIME TO RESPOND TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

NOW COMES, the Plaintiff Denise Pajotte, by and through her undersigned Counsel, and pursuant to Maryland Rules, Rule, hereby files this Motion for Extension of Time to Respond to the Defendant's Motion for Summary Judgment and for the following reasons state:

1. Defendant Lynette Pajotte filed a Motion for Summary Judgment on November 15, 2017.

2. The undersigned requests an extension of time to respond to the Defendant's Motion for Summary Judgment.

3. Due to the Thanksgiving Holiday the Plaintiff has been out of town and unable to execute an affidavit. Further, two other witnesses live out of town and the undersigned is securing an affidavit from those witnesses. The Response to the Motion is due on Monday, December 4, 2017, which includes the three days for mailing. All affidavits are expected to be in the possession of the undersigned by Friday, December 8, 2017. Thus the Plaintiff is requesting an extension until Friday, December 8, 2017 to file the Response to the Plaintiff's Motion for Summary Judgment.

1

Exhibit 1

4. Further, the undersigned was briefly delayed in production of work in her office due to an unexpected illness of her father in law who is now stable. Additionally, the undersigned had a heavy trial schedule during the period of response. Though insurmountable efforts were made to respond timely, the task was not completed and the affidavits were unattainable due to the reasons stated in herein. The undersigned intended to file a timely response to the Motion but determine that due to the factors stated herein, it would not produce an adequate response, especially due to the affidavits.

5. Leave is necessary as the deadline for the Motion excluding the three days for mailing is November 30, 2017, one day before the filing of this Motion for Leave.

6. For the grounds stated herein, the Plaintiff moves this Court to allow an extension of time until Friday, December 8, 2017 to file a Response to the Defendant's Motion to Dismiss.

7. The Defendants would not be prejudiced by the granting of this Motion. The only prejudiced party would be the Plaintiff if the Court denies the relief sought.

8. Judicial economy will be furthered.

19. The undersigned did make an attempt to obtain the consent of the parties before the filing of this Motion. No response was received at the time of filing except for attorney Jim Carbine, who has given his consent on all motions filed by the Plaintiff.

**WHEREFORE**, the Defendant prays that this Honorable Court will allow an extension of time to respond to the Defendant's Motion for Summary Judgment.

Date: December 1, 2017.

Respectfully Submitted,

_____
Jessie Lyons Crawford, Esquire
LAW OFFICE OF JESSIE LYONS CRAWFORD, LLC
2601 Maryland Avenue
Baltimore, Maryland 21218
(410) 662-1230 – Office
(410) 662-1238 – Facsimile
attorneyjlcrawford@verizon.net
**Attorney for the Plaintiff**

| DENISE PAJOTTE, | IN THE |
|---|---|
| Plaintiff, | CIRCUIT COURT |
| vs. | FOR |
| LYNETTE PAJOTTE, | PRINCE GEORGE'S COUNTY |
| Defendants, | CIVIL NO.: CAL16-40434 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of December, 2017, a copy of the foregoing Motion for Extension of Time to Respond to the Defendant's Motion for Summary Judgment was mailed via first class mail, postage prepaid, to the following parties:

Samantha Granderson, Esquire
Bacon, Thornton, & Palmer, LLP
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770
Attorney for the Defendants
Lynette Pajotte and Estate of
Tyson Pajotte

Jim Carbine, Esquire
James E. Carbine, P.C.
711 W. 40th Street
The Rotunda, Suite 356
Baltimore, Maryland 21211
Attorney for Reliastar Insurance

Gail L. Westover
Curtis Arnold, Jr.
Eversheds Sutherland
700 Sixth Street, NW, Suite 700
Washington, DC 20001

Washington Metropolitan Area Transit Authority
Resident Agent: Patricia Lee
600 5th Street, N.W.
Washington, D.C. 20001
(No Attorney Appearance Entered as Yet)

_____
Jessie Lyons Crawford, Esquire
**Attorney for the Plaintiff**