| | |
|---|---|
| DENISE PAJOTTE, | IN THE |
| Plaintiff, | CIRCUIT COURT |
| vs. | FOR |
| LYNETTE PAJOTTE, | PRINCE GEORGE'S COUNTY |
| Defendants, | CIVIL NO.: CAL16-40434 |

## MOTION FOR LEAVE TO FILE A RESPONSE TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

NOW COMES, Denise Pajotte ("Plaintiff"), by her undersigned counsel and moves this Court to allow the Plaintiff to file a Motion for Leave to File a Response to the Defendant's Motion for Summary Judgment and for reasons state:

1. On November 15, 2017, the Defendant Lynette Pajotte and Defendant Estate of Tyson C. Pajotte file a Motion for Summary Judgment.

2. The Defendant's Response is due on November 30, 2017 and three days for mailing, which is Monday, December 4, 2017.

3. The Plaintiff's attorney was unable to secure affidavits due to the reasons outline in the Motion for Extension of time filed simultaneous to this Motion for Leave.

4. In the Motion for Extension of Time to Respond to the Motion for Summary Judgment, the Plaintiff stated due to the Thanksgiving Holiday the Plaintiff has been out of town and unable to execute an affidavit. Further, two other witnesses live out of town and the undersigned is securing an affidavit from those witnesses. The Response to the Motion is due on Monday, December 4, 2017, which includes the three days for mailing. All affidavits are expected to be in the possession of the undersigned by Friday, December 8, 2017. Thus the Plaintiff is requesting an

1

extension until Friday, December 8, 2017 to file the Response to the Plaintiff's Motion for Summary Judgment.

5. Further, the undersigned was briefly delayed in production of work in her office due to an unexpected illness of her father in law who is now stable. Additionally, the undersigned had a demanding litigation and trial schedule during the period of response. Though insurmountable efforts were made to respond timely, the task was not completed and the affidavits were unattainable due to the reason stated in averment 3.

6. For the grounds stated herein, the Plaintiff filed a Motion for an Extension of Time to allow the Response to the Plaintiff's Motion for Summary Judgment to be adequately completed.

7. The Defendants would not be prejudiced by the granting of this Motion. The only prejudiced party would be the Plaintiff if the Court denies the relief sought.

8. Judicial economy will be furthered.

WHEREFORE, Plaintiff respectfully request that the grant the Motion for Leave to File a Response to the Defendant's Motion for Summary Judgment.

Respectfully Submitted,

_____
Jessie Lyons Crawford, Esquire
LAW OFFICE OF JESSIE LYONS
CRAWFORD, LLC
2601 Maryland Avenue
Baltimore, Maryland 21218
(410) 662-1230 – Office
(410) 662-1238 – Facsimile
attorneyjlcrawford@verizon.net

2

| | |
|---|---|
| **DENISE PAJOTTE,** | IN THE |
| Plaintiff, | CIRCUIT COURT |
| vs. | FOR |
| **LYNETTE PAJOTTE,** | PRINCE GEORGE'S COUNTY |
| Defendants, | CIVIL NO.: CAL16-40434 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that to the best of my knowledge, information, and belief that on this 1st day of December, 2017, a copy of the forgoing MOTION FOR LEAVE TO FILE A RESPONSE TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT was mailed via U.S. First Class mail, postage, prepaid, to the following:

Samantha Granderson, Esquire
Bacon, Thornton, & Palmer, LLP
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770
**Attorney for the Defendants
Lynette Pajotte and Estate of
Tyson Pajotte**

Jim Carbine, Esquire
James E. Carbine, P.C.
711 W. 40th Street
The Rotunda, Suite 356
Baltimore, Maryland 21211
**Attorney for Reliastar Insurance**

Gail L. Westover
Curtis Arnold, Jr.
Eversheds Sutherland
700 Sixth Street, NW, Suite 700
Washington, DC 20001
**Attorney for Metlife**

4

Washington Metropolitan Area Transit Authority
Resident Agent: Patricia Lee
600 5th Street, N.W.
Washington, D.C. 20001
**(No Attorney Appearance Entered as Yet)**

_____
Jessie Lyons Crawford, Esquire
**Attorney for the Plaintiff**