Attorney for the Plaintiff

| | |
|---|---|
| **DENISE PAJOTTE,** | IN THE |
| Plaintiff, | CIRCUIT COURT |
| vs. | FOR |
| **LYNETTE PAJOTTE,** | PRINCE GEORGE'S COUNTY |
| Defendants, | CIVIL NO.: CAL16-40434 |

**UPON CONSIDERATION**, of the Plaintiff's Motion for Leave to File a Response to the Defendant's Motion for Summary Judgment and any responses thereto, it is hereby this __4__ day of __December__ 2017,

ORDERED, that the Motion for Leave to File a Response to the Defendant's Motion for Summary Judgment is hereby GRANTED; it is further;

ORDERED, that the Plaintiff shall respond to the Motion for Summary Judgment by December 8, 2017.

_____ for J. Wallace
JUDGE,
CIRCUIT COURT OF MARYLAND FOR PRINCE
GEORGE COUNTY

**Judge Krystal Quinn Alves**
for J. Wallace

cc: Jessie Lyons Crawford, Esquire
Samantha Granderson, Esquire
Jim Carbine, Esquire
Gail L. Westover, Esquire
Patricia Lee, Resident Agent:

Mailed by: Donna Goldsmith
Exec. Admin. Aide, 12/5/17

ENTERED __12/5/17__