

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Elizabeth B. Snowden, Chief Deputy
Catherine Stavlas, Chief Deputy

Reply to Southern Division Address

December 20, 2017

Samantha Granderson, Esq.
Capital Office Park
6411 Ivy Lane, Suite 500
Greenbelt, MD  20770

        RE:    Pajotte v. Lynette Pajotte et al
                  8:17-cv-03704-TDC

Dear Counsel/Party:

The above-captioned case has been transferred or removed from Circuit Court for Prince George's County, Maryland to this Court and assigned the above case number.  The case is subject to this Court's electronic filing requirements and procedures.  Our records show that:

☒    You are not a member in good standing of our bar.  Your appearance has <u>not</u> been entered in this case and you will not receive copies of orders and other documents filed in this case.  Within **fourteen (14) days** from the date of this letter, you must notify the chambers of the presiding judge whether you will be seeking admission or if another attorney will be entering an appearance in your place.  For information on becoming a member of our bar or appearing *pro hac vice*, please visit our website at www.mdd.uscourts.gov.  If you were previously a bar member and have questions regarding your status, please contact attorney admissions at (410) 962-3293.  Once you have been admitted, you **must** register to use CM/ECF.

                                              Sincerely,
                                              /s/
                                              Felicia C. Cannon, Clerk

    cc:    All counsel/parties

Removal Notification Letter (03/2014)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**