IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

| | |
|---|---|
| **DENISE PAJOTTE** :  | |
| Plaintiff : | |
| : | |
| vs. : | **CASE NO: 8:17-CV-03704-TDC** |
| : | |
| **WASHINGTON METROPOLITAN** : | |
| **AREA TRANSIT AUTHORITY, ET AL** : | |
| : | |
| DefendantS : | |

## ENTRY OF APPEARANCE

Please enter the appearance of **Samantha D. Hailey-Granderson** and **Bacon, Thornton & Palmer, LLP** as the attorneys for the Defendants Lynette Pajotte and the Estate of Tyson Pajotte in the above-captioned action.

Respectfully submitted,
BACON, THORNTON, & PALMER, LLP

_____
Samantha Hailey-Granderson, Esquire
Capital Office Park
6411 Ivy Lane, Suite 500
Greenbelt, MD  20770-1411
sgranderson@lawbtp.com
(301) 345-7001- Office
(301) 345-7075 – Facsimile
*Attorney for Defendants*

BACON, THORNTON
& PALMER
L.L.P.
CAPITAL OFFICE PARK
6411 IVY LANE
SUITE 500
GREENBELT, MARYLAND
20770-1411
(301) 345-7001
FAX (301) 345-7075

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the **20th** day of **December, 2017,** a copy of the foregoing **Entry of Appearance** was served on all counsel electronically via the Court's CM/ECF system.

_____
Samantha Hailey-Granderson, Esquire

BACON, THORNTON
& PALMER
L.L.P.
CAPITAL OFFICE PARK
6411 IVY LANE
SUITE 500
GREENBELT, MARYLAND
20770-1411
(301) 345-7001
FAX (301) 345-7075