**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| **DENISE PAJOTTE** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | )    **CASE NO.:**    **8:17-cv-03704-TDC** |
|     **v.** | ) |
| | ) |
| **LYNETTE PAJOTTE; ET AL.** | ) |
| | ) |
|     **Defendants.** | ) |

## DEFENDANTS' JOINT STATEMENT REGARDING REMOVAL

Pursuant to this Court's Standing Order Concerning Removal (ECF 65), Defendants Washington Metropolitan Area Transit Authority ("WMATA"), Metropolitan Life Insurance Company, and Lynette Pajotte, through their respective counsel, submit the following information regarding the removal of this case from the Circuit Court for Prince George's County, Maryland:

    1. The first time WMATA was served with any papers related to *Pajotte v. Pajotte, et al.*, Case No. CAL16-40434, was when it was served with the Summons and Third Amended Complaint on November 17, 2017.  (ECF 54).  Defendant Metropolitan Life Insurance Company was served with the Summons and Second Amended Complaint on or about August 28, 2017. Defendant Lynette Pajotte was served with the Summons and Complaint on or about November 28, 2016.

    2. This action is not predicated on diversity jurisdiction.

    3. The removal of this action was filed within thirty days of the first time that WMATA was served, and where Plaintiff's Third Amended Complaint raised a federal question for the first time.

4. This is a civil action over which this Court has original jurisdiction, pursuant to the interstate compact among the District of Columbia, Maryland, and Virginia, which was approved by Congress.  *See* MD. CODE ANN., Transp., §10-204(81) (specifically granting original jurisdiction over suits against WMATA to the United States District Court); 28 U.S.C. § 1331. This removal is not predicated on diversity jurisdiction.

5. All Defendants consent to and join the removal of this action to the United States District Court for the District of Maryland, Greenbelt Division.

WHEREFORE, Defendants request that the entire above-referenced action previously pending in the Circuit Court for Prince George's County, Maryland be removed to this Court.

Dated: December 27, 2017

Respectfully submitted,

| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY** | **METROPOLITAN LIFE INSURANCE COMPANY** |
|---|---|
| /s/ M. Richard Coel | /s/ Brendan Ballard |
| M. Richard Coel (Bar No. 18217) | Brendan Ballard (Bar No. 17947) |
| Office of General Counsel | Eversheds Sutherland, LLP |
| Washington Metropolitan Area Transit Authority | 700 Sixth Street, NW, Suite 700 |
| 600 Fifth Street, NW | Washington, DC 20001 |
| Washington, DC 20001 | T: (202) 383-0820 |
| T: (202) 962-6096 | F: (202) 637-3593 |
| F: (202) 962-2550 | E: brendanballard@eversheds-sutherland.com |
| E: RCoel@wmata.com | |

And

**LYNETTE PAJOTTE, individually, and as Personal Representative of the Estate of Tyson C. Pajotte**

_/s/ Samantha Hailey-Granderson_
Samantha Hailey-Granderson (Bar No. 06287)
Bacon, Thornton & Palmer, LLP
Capital Office Park
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770-1411
T: (301) 345-7001
F: (301) 345-7075
E: sgranderson@lawbtp.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was electronically served on all counsel of record via the Court's CM/ECF system.

                                            */s/ M. Richard Coel*
                                            M. Richard Coel