# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# Greenbelt Division

| | |
|---|---|
| DENISE PAJOTTE **PLAINTIFF** V. LYNETTE PAJOTTE, *et al* **DEFENDANT** | Civil Case No.:8:17-cv-03704 |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S WMATA'S MOTION TO DISMISS

NOW COMES, Denise Pajotte ("Plaintiff"), by her undersigned counsel, and responds to the Defendant's Motion to Dismiss (the "Motion") and for reasons state:

1. On December 20, 2017, the Defendant filed their Motion.

2. On December 27, 2017, Plaintiff filed her Amended Complaint[1].

3. The Defendants' Motion to Dismiss is moot by the filing of the Amended Complaint. See *Turner v. Kight*, 192 F. Supp. 2d 391 (D. Md. 2002),

---

[1] Pursuant to FRCP 15(a)(1), *See also, Am. Bush v. City of South Salt Lake*, 42 Fed. Appx. 308, 310, 2002 WL 1443474 at *1 (10th Cir. 2002) ("Similarly, the removal petition did not serve to cut off plaintiffs' right to amend their complaint once as a matter of course.").

aff'd, 121 F. App'x 9 (4th Cir. 2005); See *Young v. City of Mt. Ranier*, 238 F.3d 567, 572 (4th Cir. 2001).

WHEREFORE, the foregoing premises considered, Plaintiff respectfully request that the Motion be denied as Moot.

Respectfully Submitted,

THE LAW OFFICES OF JESSIE LYONS
 CRAWFORD, LLC

/s/ Jessie Lyons Crawford

_____
**JESSIE LYONS CRAWFORD, Esq**
**COUNSEL TO PLAINTIFF**
Federal Bar No.: 25247
2601 Maryland Avenue
Baltimore, Maryland 21218
410-662-1230
F: 410-662-1238
E. attorneyjlcrawford@verizon.net

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that to the best of my knowledge, information, and belief that on this 27st day of December, 2017, a copy of the forgoing Response to Motion to Dismiss was served in accordance with the Court's ECF Filing Notice System to:

Samantha Granderson, Esquire
BACON, THORNTON, & PALMER, LLP
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770
Attorney for the Defendants
Lynette Pajotte and Estate of
Tyson Pajotte
***Via Electronic Notice***

Gail L. Westover, Esquire
Gerin Brendan Ballard, Esquire
EVERSHEDS SUTHERLAND
700 Sixth Street, NW, Suite 700
Washington, DC 20001
***Via Electronic Notice***

M. Richard Coel, Esquire
Office of General Counsel
WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
600 Fifth Street, NW
Washington, DC 20001
***Via Electronic Notice***

Jim Carbine, Esquire
JAMES E. CARBINE, P.C.
711 W. 40th Street
The Rotunda, Suite 356
Baltimore, Maryland  21211
Attorney for Reliastar Insurance
***Via First Class Mail Postage Prepaid***

/s/ Jessie Lyons Crawford

_____

**JESSIE LYONS CRAWFORD, Esq.**
**COUNSEL TO PLAINTIFF**