IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

__Pajotte__
Plaintiff,

v.

__Pajotte, et al.__
Defendant.

Case No. 8:17-cv-03704-TDC

# GENERAL CONSENT TO PROCEED
# BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

01/15/2018
Date

*Brendan Ballard* (signature)
Signature of Party or Counsel

Brendan Ballard (Bar No.17947)
Printed Name

700 Sixth St. NW, Suite 700, Washington, DC 20001
Address

brendanballard@eversheds-sutherland.com
Email Address

(202) 383-0820
Telephone Number

(202) 637-3593
Fax Number

MagistrateGeneralConsentCV (06/2016)