IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| DENISE PAJOTTE<br><br>**PLAINTIFF**<br><br>V.<br><br>LYNETTE PAJOTTE, *et al*<br><br>**DEFENDANT** | Civil Case No.:8:17-cv-03704 |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A FOURTH AMENDED COMPLAINT AND REQUEST FOR A HEARING THEREON

NOW COMES, Denise Pajotte ("Plaintiff", respectfully), by her undersigned counsel, and hereby moves this Court for Leave to File a Fourth Amended Complaint ("FAC") pursuant to Federal Rule of Civil Procedure 15 and relies on the arguments raised in the attached Memorandum of Law and those that may be apparent to the Court.

WHEREFORE, Plaintiff respectfully that the court grant her Motion to file a Fourth Amended Complaint.

Respectfully Submitted,

THE LAW OFFICES OF JESSIE LYONS
CRAWFORD, LLC

/s/ Jessie Lyons Crawford
_____

**JESSIE LYONS CRAWFORD, Esq.**
**COUNSEL TO PLAINTIFF**
Federal Bar No.: 25247
2601 Maryland Avenue
Baltimore, Maryland 21218
410-662-1230  F: 410-662-1238
E. attorneyjlcrawford@verizon.net

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that to the best of my knowledge, information, and belief that on this 26th day of January 2018, a copy of the forgoing Motion for Leave was served in accordance with the Court's ECF Filing Notice System to:

Samantha Granderson, Esquire
BACON, THORNTON, & PALMER, LLP
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770
Attorney for the Defendants
Lynette Pajotte and Estate of
Tyson Pajotte
*Via Electronic Notice*

Gail L. Westover, Esquire
Gerin Brendan Ballard, Esquire
EVERSHEDS SUTHERLAND
700 Sixth Street, NW, Suite 700
Washington, DC 20001
*Via Electronic Notice*

M. Richard Coel, Esquire
Office of General Counsel
WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
600 Fifth Street, NW
Washington, DC 20001
*Via Electronic Notice*

Jim Carbine, Esquire
JAMES E. CARBINE, P.C.
711 W. 40th Street
The Rotunda, Suite 356
Baltimore, Maryland 21211
Attorney for Reliastar Insurance
*Via First Class Mail Postage Prepaid*

/s/ Jessie Lyons Crawford
_____
**JESSIE LYONS CRAWFORD, Esq.**
**COUNSEL TO PLAINTIFF**