**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| DENISE PAJOTTE<br><br>**PLAINTIFF**<br><br>V.<br><br>LYNETTE PAJOTTE, *et al*<br><br>**DEFENDANT** | Civil Case No.:8:17-cv-03704 |

ORDER

Plaintiff, Denise Pajotte, by her attorneys, filed a Motion for Leave to File an Amended Complaint Pursuant to Fed. R. Civ. P. 15(a)(2), and Memorandum of Law in Support thereof.

Whereas the Court has considered Plaintiff's motion and memorandum, THE COURT FINDS that Plaintiff has demonstrated that good cause exists and justice requires the grant of leave to file the proposed fourth amended complaint.

Therefore, Plaintiff's Motion is GRANTED.

SO ORDERED, this ___ day of _____ 2018

_____
The Honorable Timothy Sullivan
United States District Court Magistrate Judge