**From:** Ballard, Brendan [mailto:brendanballard@eversheds-sutherland.com]
**Sent:** Tuesday, December 12, 2017 6:02 PM
**To:** Jessie Lyons Crawford
**Cc:** Westover, Gail
**Subject:** RE: Pajotte Case: MetLife Motion to Vacate Trial Date and/or Amend Scheduling Order

Thanks!

Brendan Ballard | Senior Counsel | T: +1.202.383.0820

**From:** Jessie Lyons Crawford [mailto:attorneyjlcrawford@verizon.net]
**Sent:** Tuesday, December 12, 2017 5:53 PM
**To:** Ballard, Brendan <BrendanBallard@eversheds-sutherland.us>
**Cc:** Westover, Gail <GailWestover@eversheds-sutherland.us>
**Subject:** Re: Pajotte Case: MetLife Motion to Vacate Trial Date and/or Amend Scheduling Order

I consent to vacate trial and to amend scheduling.

Sent from my iPhone

On Dec 12, 2017, at 3:17 PM, Ballard, Brendan <brendanballard@eversheds-sutherland.com> wrote:

Ms. Crawford,

I am part of the Eversheds Sutherland team representing MetLife in the Pajotte case. We are planning to file the attached motion to vacate the January 8, 2018 trial date tomorrow. Kindly advice whether you will consent to this motion.

Thanks,
Brendan Ballard

Counsel for MetLife

Brendan Ballard | Senior Counsel | T: +1.202.383.0820

**Eversheds Sutherland (US) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.**

**This e-mail message, together with any attachments, is intended only for the above named recipient(s) and may contain privileged and/or confidential information. If you are not an intended recipient, you must not review, copy or show the message and any attachments to anyone. Please reply to this e-mail and highlight the mistaken transmission to the sender, and then immediately delete the message.**

<Motion to Vacate Trial Date and_or Amend Scheduling Order (4).DOCX>