# IN THE MARYLAND CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY

| | |
|---|---|
| DENISE PAJOTTE<br>12303 Stafford Lane<br>Bowie, Maryland 20715<br><br>      Plaintiff,<br><br>v.<br><br>LYNETTE PAJOTTE,<br>Personal Representative of<br>The Estate of Tyson C. Pajotte, Deceased<br>9307 Good Luck Road<br>Latham, Maryland 20706<br><br>LYNETTE PAJOTTE, Individually<br>9307 Good Luck Road<br>Latham, Maryland 20706<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY<br>Group Life Claims<br>P.O. Box 6100<br>Scranton, PA 18505-6100<br><br>      Defendants. | Case No.: CAL16-40434, CAL16-43838 |

## CONSENT MOTION TO
## VACATE TRIAL DATE AND/OR AMEND SCHEDULING ORDER

Defendant Metropolitan Life Insurance Company ("MetLife"), by and through undersigned counsel, respectfully moves the Court to vacate the January 8, 2018 trial date and/or amend the January 19, 2017 Scheduling Order currently in place in this case. In support of its motion, MetLife states as follows:

1.    MetLife was not joined as a defendant in this case until Plaintiff filed the Second Amended Complaint for Declaratory Judgment on August 14, 2017.

2.    Prior to MetLife being joined as a defendant in this case, the Court issued a Scheduling Order on January 19, 2017. Some of the dates in the Scheduling Order have been

amended based on subsequent motions. The docket still, however, reflects that a jury trial is scheduled to begin in this case on January 8, 2018.

3. On December 7, 2017, Plaintiff served MetLife with a trial subpoena commanding that its corporate designee bring documents falling within 12 enumerated categories to the January 8, 2018 trial and be prepared to testify at the January 8, 2018 trial regarding the contents of the documents. The trial subpoena is attached hereto as Exhibit A.

4. MetLife believes that subsequent events, including its addition to the case six months after the Scheduling Order was issued, have made a trial on January 8, 2018, impractical, if not impossible. Several pre-trial motions remain pending and are set for hearing on December 18, 2017, including MetLife's Motion to Dismiss the Second Amended Complaint for Declaratory Judgment, Plaintiff's Motion for Leave to Join an Additional Party, and MetLife's Motion to Strike Plaintiff's Third Amended Complaint, which was filed without leave of court. As such, MetLife has not even filed an Answer.

5. Counsel for Plaintiff and counsel for Defendant Lynette Pajotte [have/have not] consented to this motion. MetLife notes that Plaintiff's October 19, 2017 Motion for Leave to Modify Scheduling Order is also pending with the Court.

6. MetLife respectfully requests that the Court vacate the January 8, 2017 trial date and issue an amended Scheduling Order after the pleadings and parties to the litigation are set as a result of the Court's rulings on the pending motions.

For the foregoing reasons and for good cause shown, MetLife respectfully requests that the Court grant its Consent Motion to Vacate the January 8, 2018 Trial Date and/or Amend the January 19, 2017 Scheduling Order.

Dated: December 13, 2017                                  Respectfully submitted,

                                                                                                 _____

                                                                                                  Gail L. Westover
                                                                                                  G. Brendan Ballard
                                                                                                  Curtis Arnold, Jr.
                                                                                                  Eversheds Sutherland (US) LLP
                                                                                                  700 Sixth Street, NW, Suite 700
                                                                                                  Washington, DC 20001

                                                                                                  *Attorneys for Defendant Metropolitan Life Insurance Company*

**CERTIFICATE OF SERVICE**

    I hereby by certify that, on this 13th day of December, 2017, a copy of the foregoing Motion was served via First Class Mail on the following:

Jessie Lyons Crawford, Esquire
Law Office of Jessie Lyons Crawford, LLC
2601 Maryland Avenue
Baltimore, MD 21218
*Attorney for Plaintiff*

Samantha Granderson, Esquire
Bacon, Thornton, & Palmer, LLP
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770
*Attorney for Defendants*
*Lynette Pajotte and Estate of Tyson Pajotte*


Dated: December 13, 2017

                                               G. Brendan Ballard
                                               Eversheds Sutherland (US) LLP
                                               700 Sixth Street, NW, Suite 700
                                               Washington, DC 20001

                                               *Attorney for Defendant Metropolitan Life*
                                               *Insurance Company*