# THE LAW OFFICES OF
# JESSIE LYONS CRAWFORD, LLC

2601 MARYLAND AVENUE

BALTIMORE, MARYLAND 21218

OFFICE: 410-662-1230
FACSIMILE 410-662-1238

www.generalpracticelawbaltimore.com

JESSIE LYONS CRAWFORD, ESQ.
*LICENSED IN MARYLAND

**JESSIE LYONS CRAWFORD, ESQUIRE**
Direct Dial: 410-662-1230
Email: attorenyjlcrawfordlaw@verizon.net

March 2, 2018

**VIA ELECTRONIC FILING**
The Honorable Theodore D. Chaung
United States District Judge
United States District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

RE:   Pajotte v. Pajotte, *et al.*, Case Number: 8:17-cv-03704 TDC
**Notice of Intent to File; Motion to Stay and Notice/Motion for Voluntary Dismissal Without Prejudice**

Dear Judge Chaung,

I am filing this correspondence (the "Correspondence") in compliance with your December 29, 2017 Order ("Order"), requiring counsel to file a notice of intent as to motions for your consideration. The Plaintiff now informs the Court that she intends to file Motions' To Stay Ruling on Plaintiff's Motion to File Fourth Amended Complaint and Notice/Motion for Voluntary Dismissal without Prejudice (the "Motions") and for reasons state as follows:

On January 26, 2018, the Plaintiff filed her Motion for Leave to File Fourth Amended Complaint (the "Motion"). On February 16, 2018, the Defendants filed a Joint Opposition to the Motion (the "opposition"). Plaintiff' Fourth Amended Complaint ("FAC") is premised on a federal question. Plaintiff's FAC brought claims against Defendant Metropolitan Life ("MetLife") under ERISA, which, according to the Plaintiff, supported her Declaratory Judgment action, thereby subjecting her claims to the Court's jurisdiction.

In light of Defendants opposition and Plaintiff's independent research, Plaintiff believes that she does not state a claim for ERISA against MetLife, thus, this Court does not have jurisdiction to hear the Declaratory Judgment action. Moreover, Plaintiff request leave to file a Notice/Motion for Voluntary Dismissal Without Prejudice, as to all parties, pursuant to FRCP 41(a)(1)(a) or in the alternative FRCP 41(a)(1)(2). A review of the Martial Settlement Agreement (the "Agreement"), between Plaintiff and Defendant Pajotte provided that all controversies regarding the interpretation of the agreement be filed in the Circuit Court for Montgomery County. Plaintiff will be refiling the action in the Circuit Court of Montgomery County, which is the proper venue to hear the merits of this case.

Case 8:17-cv-03704-TJS   Document 94   Filed 03/02/18   Page 2 of 2

**THE LAW OFFICES OF**
**JESSIE LYONS CRAWFORD,** LLC



The Honorable Theodore D. Chaung
March 2, 2018
Page 2

    The Defendants have not filed an Answer to the removed action, nor is there a Motion for Summary Judgement pending. Plaintiff therefore believes that a Notice of Voluntary Dismissal without prejudice would be appropriate. In the alternative, Plaintiff will request leave of the Court to Dismiss pursuant to FRCP 41(a)(1)(2). Plaintiff believes and therefore avers that no prejudice could be stated by the Defendants as there have been no substantial proceedings, Plaintiff is within the statue of limitations to pursue her claims, Prince Georges County Circuit Court lacks jurisdiction to hear the merits of the complaint and the interests of the parties will be kept intact after dismissal.

    In light of the foregoing, Plaintiff respectfully request leave of the Court to file her Motion to Stay Ruling on Plaintiff's Motion and Motion/Notice of Voluntary Dismissal without prejudice. I am:

                  Very truly yours,

                    **THE LAW OFFICES OF**
                      **JESSIE LYONS CRAWFORD,** LLC

                  /s/ Jessie Lyons Crawford
                  _____
                  Jessie Lyons Crawford, Esq.
                  Attorney for Plaintiff

cc:    Counsel for Defendants
        Counsel for Interpleader