# MetLife

**Molshree Malhotra**
Tel    888-773-6959
Direct: 646-688-0343 Extn: 3412
Fax:   855-274-0798
Email: garnishmentsandsubpoenas@metlife.com

November 14, 2016

VIA EMAIL TO:   attorneyjlcrawford@verizon.net

Re: | Name:   Tyson C Pajotte | Case# 103843 |

This will acknowledge your recent request for information pertaining to the above referenced matter. The following checked item(s) apply to your request:

**(X) The information is enclosed. We trust that you will comply with your legal obligation by serving each party who has appeared in the action with a copy of the subpoena. Please remit a check payable to MetLife and send to 1095 Avenue of the Americas, New York, NY, 10036 in the amount of $40.00 less any previous payment for search fees and copying/shipping charges. ($25.00 for the CD and $15.00 as search fee)**

( ) Due to the large volume of subpoenas received, MetLife respectfully requests a two week extension of time to respond.

( ) MetLife is unable to identify any policies, accounts and/or claims based on the information provided. If you are able to provide additional identifying information, such as a valid policy/account or social security number, we will use the new information to search our systems again.

*Molshree Malhotra*

*__Molshree Malhotra__*



**Re: Tyson C Pajotte**

## CERTIFICATION OF CUSTODIAN

I am an authorized Custodian of Records for the Metropolitan Life Insurance Company, and I am qualified to certify the enclosed records.

I hereby certify and say that based upon personal knowledge or upon information and belief:

> The records produced with this certification were prepared by authorized personnel at or near the time of the events or matters set forth therein, made in the ordinary course of business as a regular practice and kept and maintained in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: November 14, 2016

*Molshree Malhotra*

Molshree Malhotra
Custodian of Records, MetLife

16292012420011



# THE LAW OFFICE OF
# JESSIE LYONS CRAWFORD, LLC

"BEGIN WITH BELIEVING THAT YOU WILL SUCCEED"

JESSIE LYONS CRAWFORD, ESQ.

October 18, 2016

**DELIVERED VIA**
**ELECTRONIC MEANS**

ATTN: Subpoena Compliance Department
Metropolitan Life Insurance Company
1095 Avenue of the Americas
New York, NY 10036

Re: **SUBPOENA COMPLIANCE LETTER**
| | | | |
|---|---|---|---|
| Our Client: | Denise Pajotte | Your Insured: | Tyson Pajotte |
| Date of Death: | 07/13/2016 | Claim Number: | 21608000889 |
| Group Number: | 113484 | | |

Dear Custodian of Records:

I, Jessie Lyons Crawford, Esquire and the Law Office of Jessie Lyons Crawford, LLC represent Ms. Denise Pajotte regarding her rights to claim the above-referenced life insurance policy.

Based upon my communications with MetLife, it is my understanding that a hold has been placed on any policy benefits of which our client is a beneficiary.

Attached with this letter, you will find a subpoena, document schedule and certification page. Kindly acknowledge receipt of the attached subpoena in writing.

Should you have any questions regarding the request, please feel free to contact my office.

Thank you in advance for your attention to this matter.

Very truly yours,

Jessie Lyons Crawford, Esquire
Attorney

JLC/dcp
Enclosures

cc:   Samantha Granderson, Esquire

# ORPHANS' COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

Register of Wills
Clerk to the Orphans' Court
14735 Main Street
Upper Marlboro, Maryland 20772

TO: Custodian of Records
Metropolitan Life Insurance Co.
1095 Avenue of the Americas
New York, New York 10036

Case Number: 103843

☑ Estate
☐ Guardianship

STATE OF MARYLAND, PRINCE GEORGE'S COUNTY, TO WIT:

## SUBPOENA DUCES TECUM

### SUBPOENA

You are hereby commanded to produce to:

The Law Office of Jessie Lyons Crawford, LLC; 2601 Maryland Ave, Baltimore, MD 21218
(Address Information)

on or before 21st day November, 2016, the following documents and or objects:

Please see attached "Document Schedule."

In the matter of the Estate of: Tyson C. Pajotte, Deceased. Subpoena questions should be referred to:

Jessie Lyons Crawford, Esq., 2601 Maryland Avenue, Baltimore, MD 21218; (410) 662-1230
(Name of Party or Attorney, Address and Phone Number)

Date Issued: 10-7-16

_Ceretta C. Lee_
REGISTER OF WILLS
Signature and Seal

**NOTICE:**
(1) YOU ARE LIABLE TO A BODY ATTACHMENT AND FINE FOR FAILURE TO OBEY THIS SUBPOENA.
(2) THIS SUBPOENA SHALL REMAIN IN EFFECT UNTIL YOU ARE GRANTED LEAVE TO DEPART BY THE COURT OR BY AN OFFICER ACTING ON BEHALF OF THE COURT.
(3) IF THIS SUBPOENA IS FOR ATTENDANCE AT A DEPOSITION AND THE PARTY SERVED IS AN ORGANIZATION, NOTICE IS HEREBY GIVEN THAT THE ORGANIZATION MUST DESIGNATE A PERSON TO TESTIFY PURSUANT TO RULE 2-412 (d).

**SHERIFF'S RETURN**

(  ) SERVED AND COPY DELIVERED ON DATE INDICATED BELOW.

(  ) UNSERVED, BY REASON OF _____

DATE: _____   FEE: $_____   _____
                                        SHERIFF

ORIGINAL AND ONE COPY NEEDED FOR EACH WITNESS

1259

2016-10-19

IN THE ORPHANS' COURT
BEFORE THE REGISTER OF WILLS
FOR PRINCE GEORGE'S COUNTY

IN THE ESTATE OF           *       ESTATE NUMBER 103843
TYSON C. PAJOTTE           *
                           *

***************************************************

## DOCUMENT SCHEDULE

1. Certified copies of any and all information referencing claim number 21608000889.

2. Certified copies of any and all information referencing Tyson C. Pajotte, (Date of Birth: 03/15/1956; Date of Death: 07/13/2016), including but not limited to life insurance policies, claims and applications filed.

3. Certified copies of any and all information referencing Denise Pajotte.

4. Certified copies of any and all information referencing Lynette Pajotte.

5. Certified copies of any and all written correspondence, letters, emails, recorded telephone conversations and/or communication logs received and/or sent in reference to claim number 21608000889.

6. Certified copies of any and all written correspondence, letters, emails, recorded telephone conversations and/or communication logs received and/or sent in reference to Tyson C. Pajotte (Date of Birth: 03/15/1956; Date of Death: 07/13/2016).

7. Certified copies of any and all written correspondence, letters, emails, recorded telephone conversations and/or communication logs received and/or sent by Lynette Pajotte.

Jessie Lyons Crawford, Esquire
2601 Maryland Avenue
Baltimore, Maryland 21218
(410) 662-1230 – Office
(410) 662-1238 – Facsimile
attorneyjlcrawford@verizon.net
Attorney for Denise Pajotte