December 5, 2017

**VIA ELECTRONIC AND FIRST CLASS MAIL**

Jessie Lyons Crawford, Esq.
The Law Offices of Jessie Lyons Crawford, LLC
2601 Maryland Avenue
Baltimore, Maryland 21218
attorneyjlcrawford@verizon.net

RE:   *Pajotte v. WMATA, et al.*; Case No. CAL16-40434
Prince William County Circuit Court

Dear Counsel:

We recently were served with your Third Amended Complaint in the above-referenced matter, with the only count alleged against the Washington Metropolitan Area Transit Authority ("WMATA") being Count II, a purported ERISA violation. WMATA, however, is an inter-jurisdictional compact agency, that is treated as a state level agency within the Fourth Circuit. *See Lizzi v. Alexander*, 255 F.3d 128, 132 (4th Cir. 2001) ("WMATA is a state agency, subject to all the benefits and liabilities of a state itself . . . It does not matter that WMATA was created by interstate compact, as opposed to being an agency of one state alone.") As you surely are aware, employee benefit plans established and maintained for employees of a state agency are specifically excluded from coverage under ERISA. 29 U.S.C.A. § 1003 titled "Coverage" states in relevant part:

**(b) Exceptions for certain plans**
The provisions of this subchapter **shall not** apply to any employee benefit plan if –
(1) such pan is a governmental plan (as defined in section 1002(32) of this title);

(emphasis added). 29 U.S.C.A. § 1002(32) in turn states in part:

The term "governmental plan" means a plan established or maintained for its employees by the Government of the United States, by the government of any State or political subdivision thereof, or by any agency or instrumentality of any of the foregoing.

There being no basis for your client's claim(s) against WMATA, please let us know by **close of business on Thursday, December 7, 2017**, whether you will voluntarily be dismissing WMATA from this lawsuit. In the alternative, we are prepared to remove the case to the United States District Court for the District of Maryland (*see* Md. Code Ann., Transp. § 10-204(81)), and seek immediate dismissal. Any advancement of this claim is without substantial justification and/or lacks good faith.

Washington
Metropolitan Area
Transit Authority

600 Fifth Street, NW
Washington, DC 20001
202/962-1234

www.wmata.com

A District of Columbia,
Maryland and Virginia
Transit Partnership

Feel free to reach me directly by email at RCoel@wmata.com or by phone at (202) 962-6096.  Thank you for your prompt attention to this matter.

Regards,

M. Richard Coel
Senior Counsel