UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
TIMOTHY J. SULLIVAN
UNITED STATES MAGISTRATE JUDGE

6500 Cherrywood Lane
Greenbelt, Maryland 20770
Telephone: (301) 344-3593
MDD_TJSchambers@mdd.uscourts.gov

July 12, 2018

LETTER TO COUNSEL:

Re:  *Denise Pajotte v. Lynette Pajotte, et al.*
     Civil Case No. TJS-17-3704

Dear Counsel:

The Court has reviewed the parties' submissions in connection with Plaintiff Denise Pajotte's Motion for Voluntary Dismissal ("Motion") (ECF Nos. 99, 100 & 101).[1] Under Fed. R. Civ. P. 41(a)(2), a court may grant a plaintiff's request to dismiss an action, but only "on terms that the court considers proper." *See also* 9 C. Wright & A. Miller, *Fed. Prac. & Proc. Civ.* § 2366 (3d ed. 2018) (discussing the common practice of trial courts specifying the conditions on which dismissal will be allowed and imposing costs on the plaintiff as a condition of dismissal). The Court is inclined to grant Plaintiff's Motion subject to the following terms:

1. Plaintiff's claims against Defendants Metropolitan Life Insurance Company and Washington Metropolitan Area Transit Authority will be dismissed with prejudice;
2. Plaintiff's claims against Defendants Lynette Pajotte, individually, and as representative of the Estate of Tyson C. Pajotte (collectively, "Pajotte Defendants") will be dismissed without prejudice; and
3. Plaintiff shall pay the reasonable costs and attorney's fees incurred by the Pajotte Defendants since December 14, 2017, as determined by this Court, before filing any action against the Pajotte Defendants in any other Court.[2]

By July 20, 2018, Plaintiff shall file via CM/ECF a notice to the Court indicating whether the terms set forth above are acceptable in their entirety. If Plaintiff is satisfied with the terms in their entirety, the Court will convene a telephone conference to discuss an appropriate dismissal order.[3] If Plaintiff is not satisfied with the terms in their entirety, the Court will promptly deny Plaintiff's Motion, and set forth the reasons for the denial in a future opinion.

---

[1] On January 16, 2018, Judge Chuang referred this case to me for all proceedings pursuant to 28 U.S.C. § 636(c) and Local Rule 301.4. (ECF No. 86.)

[2] If requested to do so by Plaintiff, counsel for the Pajotte Defendants shall inform Plaintiff of the amount of attorney's fees and costs that they will request from the Court.

[3] The parties have not addressed the effect that a dismissal would have on ReliaStar Life Insurance Company of New York or the funds that it deposited into the Interpleader Fund of the Circuit Court for Prince George's County, Maryland. (*See* ECF Nos. 16 & 18.) This issue could be addressed during a telephone conference.

If this case is not dismissed, the Court will then take up the other pending motions in this case and Plaintiff will be required to file any reply in support of her Motion for Leave to File a Fourth Amended Complaint (ECF No. 91) by July 27, 2018.

Despite the informal nature of this letter, it is an Order of the Court and will be docketed accordingly.

Sincerely yours,

/s/
Timothy J. Sullivan
United States Magistrate Judge