# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# Greenbelt Division

| | |
|---|---|
| DENISE PAJOTTE **PLAINTIFF** V. LYNETTE PAJOTTE, *et al* **DEFENDANT** | Civil Case No.:8:17-cv-03704 |

## NOTICE OF WITHDRAWAL OF THE PLAINTIFF'S MOTION FOR LEAVE TO FILE 4TH AMENDED COMPLAINT

Denise Pajotte, ("Plaintiff"), by her undersigned counsel, now files her Notice of Withdrawal of the Plaintiff's Motion for Leave to File 4th Amended Complaint.

Dated: July 31, 2018

    Respectfully Submitted,

    THE LAW OFFICES OF JESSIE LYONS
    CRAWFORD, LLC

    /s/ Jessie Lyons Crawford
    _____
    **JESSIE LYONS CRAWFORD, Esq.**
    **COUNSEL TO PLAINTIFF**
    Federal Bar No.: 25247
    2601 Maryland Avenue
    Baltimore, Maryland 21218
    410-662-1230
    F: 410-662-1238
    E. attorneyjlcrawford@verizon.net

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of July 2018, a copy of the forgoing Notice of Withdrawal of Plaintiff's Motion for Leave to File 4th Amended Complaint.

Samantha Granderson, Esquire
BACON, THORNTON, & PALMER, LLP
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770
Attorney for the Defendants
Lynette Pajotte and Estate of
Tyson Pajotte
*Via Electronic Notice*

Gail L. Westover, Esquire
EVERSHEDS SUTHERLAND
700 Sixth Street, NW, Suite 700
Washington, DC 20001
*Via Electronic Notice*

M. Richard Coel, Esquire
Office of General Counsel
WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
600 Fifth Street, NW
Washington, DC 20001
*Via Electronic Notice*

Jim Carbine, Esquire
JAMES E. CARBINE, P.C.
711 W. 40th Street
The Rotunda, Suite 356
Baltimore, Maryland 21211
Attorney for Reliastar Insurance
*Via First Class Mail Postage Prepaid*

/s/ Jessie Lyons Crawford
_____
**JESSIE LYONS CRAWFORD, Esq.**
**COUNSEL TO PLAINTIFF**