# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| DENISE PAJOTTE **PLAINTIFF** V. LYNETTE PAJOTTE, *et al* **DEFENDANT** | Civil Case No.:8:17-cv-03704 |

## PLAINTIFF'S NO OPPOSITIONTO DEFENDANT'S WASHINGTON METROPOLITIAN AREA TRANSIT AUTHORITY MOTION TO DISMISS[1]

Denise Pajotte, ("Plaintiff"), by her undersigned counsel, no opposition to Defendant's Motion to Dismiss, to the extent it seeks to dismiss Plaintiff's claims as it relates to Plaintiff's claims under the Employee Retirement Income Security Act of 1974 (" ERISA") only.

Dated: July 31, 2018

Respectfully Submitted,

THE LAW OFFICES OF JESSIE LYONS CRAWFORD, LLC

/s/ Jessie Lyons Crawford

_____
**JESSIE LYONS CRAWFORD, Esq.**
**COUNSEL TO PLAINTIFF**
Federal Bar No.: 25247
2601 Maryland Avenue

---

[1] Docket Entry 66

1

Baltimore, Maryland 21218
410-662-1230
F: 410-662-1238
E. attorneyjlcrawford@verizon.net

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July 2018, a copy of the forgoing No Opposition was served via the Court's ECF system to:

Samantha Granderson, Esquire
BACON, THORNTON, & PALMER, LLP
6411 Ivy Lane, Suite 500
Greenbelt, MD 20770
Attorney for the Defendants
Lynette Pajotte and Estate of
Tyson Pajotte

Gail L. Westover, Esquire
EVERSHEDS SUTHERLAND
700 Sixth Street, NW, Suite 700
Washington, DC 20001

M. Richard Coel, Esquire
Office of General Counsel
WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
600 Fifth Street, NW
Washington, DC 20001

Jim Carbine, Esquire
JAMES E. CARBINE, P.C.
711 W. 40th Street
The Rotunda, Suite 356
Baltimore, Maryland 21211
Attorney for Reliastar Insurance

/s/ Jessie Lyons Crawford
_____
**JESSIE LYONS CRAWFORD, Esq.**
**COUNSEL TO PLAINTIFF**