| | |
|---|---|
| **DENISE PAJOTTE** | IN THE |
| PLAINTIFF | CIRCUIT COURT |
| v. | FOR |
| **LYNETTE PAJOTTE,** *et al* <br> DEFENDANTS <br> And | PRINCE GEORGE'S COUNTY <br><br> Case No.: CAL16-40434 |
| **RELIASTAR LIFE INSURANCE COMPANY** | Consolidated with: CAL16-43838 |
| INTERPLEADER/DEFENDANT | |

PR GEO CO MD #22   2017 DEC -4 PM 1: 28   Clerk of the Circuit Court

## MOTION TO STRIKE DEFENDANTS' LYNETTE PAJOTTE AND THE ESTATE OF TYSON PAJOTTE MOTION FOR SUMMARY JUDGMENT

NOW COMES, Denise Pajotte ("Plaintiff"), by her attorneys Jessie Lyons Crawford and The Law Offices of Jessie Lyons Crawford, LLC and files her Motion to Strike Defendants' Pajotte and Estate of Tyson Pajotte's Motion for Summary Judgment and for reasons:

The Defendants' filed their untimely Motion for Summary Judgment ("MSJ") on November 15, 2017, relying on an outdated version of Maryland Rule 2-501(a), which previously stated that a party may file an MSJ at "any time" on the grounds that the party is entitled to judgment as a matter of law.

However, Maryland Rule 2-501(a) now states that:

"Any party may file a written motion for summary judgment on all or part of an action on the ground that there is no genuine dispute as to any material fact and that the party is entitled to judgment as a matter of law. The motion shall be supported by affidavit if it is (1) filed before the day on which the adverse party's initial pleading or motion is filed or (2) based on facts not contained in the record. A motion for summary judgment may not be filed: (A) after any evidence is received at trial on the merits, or **[(B) unless permission of the court is granted, after the deadline for dispositive motions specified in the scheduling order entered pursuant to Rule 2-504(b)(1)(E)]**".

On January 10, 2017, this Court issued a Scheduling Order (the "Order"), setting forth certain deadlines. The Order provided that all dispositive motions would need to be filed within thirty (30) days before the May 5, 2017, Pre-Trial Conference. The Defendants' MSJ was due no later than April 5, 2017. The Defendants' MSJ was filed two hundred and twenty four (224) days after the deadline. The Defendants' has not sought leave to file the late MSJ. Moreover, Plaintiff would suffer severe prejudice in light of the fact that trial on the merits is scheduled for January 4, 2018.

Furthermore, the Order provided that the parties follow a Dispositive Motion Protocol ("DMP"), which provides that:

"A party filing a motion to dismiss (not related to alleged discovery violations) or motion for summary judgment will write a letter to the Judge who is assigned to that motion ( which is determined by the last number of the case), notifying the Judge that the motion has been filed and indicating whether a hearing is requested. A copy of the letter should be sent to opposing counsel, but not filed with the clerk".

Defendants' did not file such a letter, nor did they copy undersigned counsel as required by the DMP.

WHEREFORE, Plaintiff respectfully request that her Motion to Strike Defendants' MSJ be granted and for such other and further relief as may be deemed just and proper.

Respectfully Submitted,

THE LAW OFFICES OF JESSIE LYONS CRAWFORD, LLC

Jessie Lyons Crawford, Esquire
2601 Maryland Avenue
Baltimore, Maryland 21218
410-662-1231
Fax: 410-662-1238

attorneyjlcrawford@verizon.net

FOR PLAINTIFF DENISE PAJOTTE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of December 2017, a copy of Plaintiff's

Motion to Strike Defendants' Motion for Summary Judgment was mailed first class mail postage

prepaid to:

Samantha Granderson, Esq.
Bacon, Thornton & Palmer, LLP
6411 Ivy Lane, Suite 500
Greenbelt, Maryland 20770

Gail L. Westover, Esquire
Curtis Arnold, Jr., Esquire
Eversheds Sutherland (US) LLP
700 Sixth Street, N.W., Suite 700
Washington, DC 20001

Jim Carbine, Esq.
James E. Carbine, P.C.
711 W. 40th Street
The Routnda, Suite 356
Baltimore, Maryland 21211

Patricia Lee, Esq.
Washington Metropolitan Area Transit Authority
600 5th Street, N.W.
Washington, DC 20001

Jessie Lyons Crawford, Esq.
Counsel for Plaintiff

| | |
|---|---|
| **DENISE PAJOTTE** | IN THE |
| PLAINTIFF | CIRCUIT COURT |
| v. | FOR |
| **LYNETTE PAJOTTE,** *et al* | PRINCE GEORGE'S COUNTY |
| DEFENDANTS | |
| And | Case No.: CAL16-40434 |
| **RELIASTAR LIFE INSURANCE COMPANY** | |
| | Consolidated with: CAL16-43838 |
| INTERPLEADER/DEFENDANT | |

---

## ORDER

Upon consideration of the Plaintiff's Motion to Strike Defendants' Motion for Summary Judgment, it appearing that good cause having been stated, it is hereby this ___Day of _____, 2017, ORDERED, that the Motion is GRANTED.

Signed this ___ day of _____, 2017

_____
Judge Circuit Court
of Prince Georges County

To:  Jessie Lyons Crawford ESQUIRE
     2601 Maryland Ave.
     Baltimore, MD 21218

Case Description: Pajotte vs Pajotte
Case Number: CAL16-40434
Track Number: 3

# SCHEDULING ORDER

This order is your only notice of dates and required court appearances. It may not be modified except by order of court upon a showing of good cause.  Stipulations between counsels are not effective to change any deadlines in this order. Failure to comply with all terms of this Order may result in the imposition of appropriate sanctions.

## SHEILA R. TILLERSON ADAMS

### ADMINISTRATIVE JUDGE

Date: January 10, 2017

This case is assigned to Civil Track: 3

~~~ By Date:

**Scheduled Event:** MAY-5-2017 Pretrial Conference - 08:45 AM

**(UPON ARRIVING AT THE COURTHOUSE, CHECK FOR THE ASSIGNED COURTROOM AND JUDGE)**

TRACK 1 – TRACK 2 –TRACK 3 – TRACK 4

60 days prior to pretrial, complete the following:
1. Amendments to pleadings
2. Add and serve additional parties including uninsured/underinsured insurance carriers
3. Plaintiff's Experts, if any, identified per Maryland Rule 2-402 (g)

30 days prior to pretrial complete the following:
1. All independent medical examinations
2. File dispositive motions
3. Defense Experts, if any, identified per Maryland Rule 2-402(g)

Prior to ADR session (if ordered):
1. Complete all discovery
2. Secure resolution of any outstanding dispositive motions (per Maryland Rule 2-322 or 2-501) from the court.

CAL16-40434

The parties are encouraged, but not required to submit the controversy to non-binding arbitration, which includes mediation. Disputes over track assignment, arbitration, or any provision of this Order should be addresses to the Court by Motion to Amend Scheduling Order.

At least five (5) days prior to the pretrial, file a statement in full compliance with rule 2-504.2. Parties represented themselves are required to appear at pretrial and to file a pretrial statement in compliance with Maryland Rule 2-504.2. Parties represented by counsel, and claims representatives are not required to appear at pretrial, provided they are available by telephone, but are required to appear at ADR. Failure to comply with any of these provisions may result in a show cause hearing and imposition of sanctions. With the consent of all parties, the pretrial may be continued for not more than Sixty (60) days after the scheduled pretrial date above. A Motion and Order is required for any request for a continuance that is more than Sixty (60) days after the scheduled pretrial, or made without the consent of all parties.

All ADR sessions must be completed prior to trial.

Any stipulation between counsel or parties to alter deadlines are not effective without court approval.

## Dispositive Motion Protocol

A party filing a motion to dismiss (not related to alleged discovery violations) or motion for summary judgment will write a letter to the Judge who is assigned to that motion (which is determined by the last number of the case), notifying the Judge that the motion has been filed and indicating whether a hearing is requested. A copy of the letter should be sent to opposing counsel, but not filed with the clerk.

The party responding to the motion to dismiss or motion for summary judgment will likewise send a similar letter to the assigned Judge. A copy of this letter should also be sent to opposing counsel, but not filed with the clerk.

Request for extensions to time to respond should be addressed to the assigned Judge by letter with order attached.

A hearing, where appropriate, will be set by the Judge not later than thirty (30) days after the motion and response have been filed

The assigned Judge for dispositive motions is determined by the last digit in the case number:

| | |
|---|---|
| 1 - Jackson | 6 - Hill |
| 2 - Davey | 7 - Wallace |
| 3 - Davey | 8 - Wallace |
| 4 - Nichols | 9 - Northrop |
| 5 - Woodard | 0 – Jackson |

### * Please bring this form with you to court *

Possession and use of cell phones, computers, cameras and other electronic devices may be limited or prohibited in designated areas of the courthouse. The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the courthouse at all times, unless the court expressly grants permission in a specific instance.

copy to:
Clerk of the Circuit Court
All Counsel
CAL16-40434

Rev. 11/10/15